FILED

11/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0373

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0373

PAUL S. PARISER, )
)
    Petitioner and Appellee, )
)
and. )
)
JUDITH SHRIAR, )
)
    Respondent and Appellant. )
)    **ORDER GRANTING EXTENSION**
JUDITH SHRIAR, )    **OF TIME**
)
    Counter Plaintiff and Appellant, )
)
v. )
)
PAUL S. PARISER, )
)
    Counter Defendant and Appellee. )
)

UPON motion of Appellee, having no objection from Appellant, and good cause appearing therein;

IT IS HEREBY ORDERED that Appellee's motion for extension of time is granted. Appellee shall have up to, and including, December 11, 2020, to prepare and file his response to Appellant's Opening Brief (and Request for Oral Argument) in regard to this appeal pursuant to Rule 26(1) of the Rules of Appellate Procedure.

DATED this _____ day of November, 2020.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 6 2020